■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERARD DENNIS, Appellant.—

The judgment of January 19, 1960, involved on the appeals, was superseded by the judgment of May 25, 1961 (cf. *People* v. *Verney,* 269 App. Div. 858, affd. 295 N. Y. 769). Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.